Bobby L. BROWN, Petitioner–
Appellant,

v.

Steven J. GAL, Warden; United States
of America, Respondents–
Appellees.

No. 02–6745.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 2, 2002.

Bobby L. Brown, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Bobby L. Brown seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Brown's motions for appointment of counsel and production of documents and affirm on the reasoning of the district court. *Brown v. Gal*, No. CA–02–840–20BD (D.S.C. Apr. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*